UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHVILLE DOWNS, et al.,

    Plaintiffs,

                                                          Case No. 08-11858

-vs-                                                       Hon: AVERN COHN

THE HONORABLE JENNIFER GRANHOLM,
Governor of the State of Michigan, et al.,

    Defendants.
_____/

**ORDER DISMISSING
COUNT VI OF FIRST AMENDED COMPLAINT**

    Count VI of the First Amended Complaint is DISMISSED.  The count alleges violations of Michigan statutory law and constitution.  The Court declines to entertain supplemental jurisdiction regarding this count.

    SO ORDERED.


Dated:  January 14, 2009           s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 14, 2009, by electronic and/or ordinary mail.

                                                            s/Julie Owens
                                                           Case Manager, (313) 234-5160