UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHVILLE DOWNS, et al.,

    Plaintiffs,

-vs-

                    Case No. 08-11858
                    Hon: AVERN COHN

THE HONORABLE JENNIFER GRANHOLM,
Governor of the State of Michigan, et al.,

    Defendants.
_____/

## ORDER DENYING
## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff's motion for partial summary judgment, being premature, is DENIED without prejudice, to its renewal following disposition of defendants' motion for judgment on the pleadings should their motion be denied.

SO ORDERED.

                    s/Avern Cohn
                    AVERN COHN
                    UNITED STATES DISTRICT JUDGE

Dated: January 14, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 14, 2009, by electronic and/or ordinary mail.

                    s/Julie Owens
                    Case Manager, (313) 234-5160